IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES G. TARDY, Individually and as Personal Representative of the Estate of VIRGINIA A. TARDY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Michigan corporation,<br><br>Defendant. | CASE NO. 8:14-CV-00266<br><br><br><br><br><br>**ORDER OF DISMISSAL** |

THIS MATTER came for hearing on the Stipulation of the parties for a dismissal with prejudice. The Court being fully advised in the premises hereby finds that the Stipulation should be and hereby is approved.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Plaintiff's claims against the Defendant be dismissed with prejudice, each party to pay their own costs.

IT IS SO ORDERED.

DATED this 12th day of May, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1

PREPARED AND SUBMITTED BY:

John A. Svoboda, #19888
GROSS & WELCH, P.C., L.L.O.
1500 Omaha Tower
2120 S. 72nd Street
Omaha, NE  68124
Telephone: (402) 392-1500
Facsimile:   (402) 392-8101
jsvoboda@grosswelch.com

AND

Rodney E. Loomer, Mo. Bar #24013
Sherry A. Rozell, Mo. Bar #34131
Brad E. Miller, Mo. Bar #65041
*Admitted Pro Hac Vice*
TURNER, REID, DUNCAN, LOOMER & PATTON, P.C.
P. O. Box 4043
Springfield, MO  65808-4043
Telephone:  (417) 883-2102
Facsimile:   (417) 883-5024
rloomer@trdlp.com
srozell@trdlp.com
bmiller@trdlp.com
ATTORNEYS FOR DEFENDANT

5270-42/68K1558